```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KEVIN WILTSHIRE,                    :
                        Movant,     :         **ORDER**
v.                                  :
                                    :         24 CV 2312 (VB)
UNITED STATES OF AMERICA,           :         14 CR 768-08 (VB)
                        Respondent. :
--------------------------------------------------------x

VINCENT L. BRICCETTI, United States District Judge:

On June 14, 2024, the Court ordered the U.S. Attorney's Office to file an answer or other

pleading in response to movant Kevin Wiltshire's motion brought under 28 U.S.C. § 2255 by no

later than August 14, 2024, and further ordered that movant Wiltshire shall have until September

30, 2024, to file a response.  (24 CV 2312 Doc. #4; 14 CR 768-08, Doc. #657).

However, the U.S. Attorney's Office filed its response in opposition to movant

Wiltshire's motion on August 16, 2024 (14 CR 768-08, Doc. #660), and served movant Wiltshire

on August 26, 2024 (14 CR 768-08, Doc. #661).

Accordingly, it is HEREBY ORDERED that the deadline for movant Wiltshire to file a

response is extended to **October 14, 2024**.  Absent further order, the motion will be considered

fully submitted as of that date.

The Clerk is instructed to mail a copy of this Order to movant Wiltshire at the address on

the docket in case no. 24-cv-2312 (VB).

Dated: August 28, 2024
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge